# United States Bankruptcy Court
## Southern District of Illinois
### Benton Division

In re **Oldlaw Corporation**                                        Case No. **13-40884**

Debtor.                                                             Chapter **7**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now **Oldlaw Corporation** _____ (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 state as follows:

_____ All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests are listed below:

OR,

**X** There are no entities to report.

By: **/s/Terry Sharp**
**Terry Sharp**
Signature of Attorney

Counsel for **Oldlaw Corporation**
Bar no.: **02569833**
Address.: **1115 Harrison Street, PO Box 906**
**Mount Vernon, Illinois 62864**

Telephone No.: **(618) 242-0246**
Fax No.: **(618) 242-1170**
E-mail address: **sharpbk@lotsharp.com**