# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-40884 GKL
**Case Name:** OLDLAW CORPORATION

**Trustee:** (330610)  Dana S Frazier, Trustee
**Filed (f) or Converted (c):** 08/13/13 (f)
**§341(a) Meeting Date:** 09/27/13

**Period Ending:** 12/31/13

**Claims Bar Date:** 11/12/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 200,400 sq. ft. industrial facility at 1 Industrial Park Rd., Metropolis, IL, on 14 acres. 2 external steel buildings, one is 3,600 sq. ft., the other is 8,400 sq. ft.; | 2,200,000.00 | 950,000.00 | | 0.00 | 950,000.00 |
| 2 | Chase Bank Account | 9,377.30 | 7,074.20 | | 7,074.16 | 0.04 |
| 3 | 11 filing cabinets<br>13 work station desks<br>16 rolling desk chairs<br>25 break room tables<br>38 stackable chairs<br>7 Up machine<br>8 metal shelves<br>conference table<br>ice machine<br>lockers<br>misc brak room supplies (coffess pots, etc)<br>misc computer components<br>setee with two upholstered chairs and 4 end tables<br>forklift | 5,655.00 | 1,000.00 | | 0.00 | 1,000.00 |
| 3 | **Assets   Totals** (Excluding unknown values) | **$2,215,032.30** | **$958,074.20** | | **$7,074.16** | **$951,000.04** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 13-40884 GKL  
**Case Name:** OLDLAW CORPORATION  

**Period Ending:** 12/31/13

**Trustee:** (330610)   Dana S Frazier, Trustee  
**Filed (f) or Converted (c):** 08/13/13 (f)  
**§341(a) Meeting Date:** 09/27/13  
**Claims Bar Date:** 11/12/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

Trustee filed notice to sell real and personal property on December 20, 2013. If objections or higher bids, hearing to be held 1/22/2014.

**Initial Projected Date Of Final Report (TFR):** June 1, 2014   **Current Projected Date Of Final Report (TFR):** December 30, 2014

Printed: 01/03/2014 10:23 AM    V.13.13