Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-40884 GKL  
**Case Name:** OLDLAW CORPORATION  

**Period Ending:** 12/31/16

**Trustee:** (330610)  Dana S Frazier, Trustee  
**Filed (f) or Converted (c):** 08/13/13 (f)  
**§341(a) Meeting Date:** 09/27/13  
**Claims Bar Date:** 01/25/17

| 1<br>Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 200,400 sq. ft. industrial facility at 1 Industrial Park Rd., Metropolis, IL, on 14 acres. 2 external steel buildings, one is 3,600 sq. ft., the other is 8,400 sq. ft. | 2,200,000.00 | 1,690,925.99 | | 1,690,925.99 | FA |
| 2 | Chase Bank Account | 9,377.30 | 7,074.16 | | 7,074.16 | FA |
| 3 | 11 filing cabinets | 550.00 | 99.00 | | 99.00 | FA |
| 4 | Petty Cash  (u) | 0.00 | 7.57 | | 7.57 | FA |
| 5 | ET Laidlaw Corporation c/o Marshall & Insley  (u) Trust Company David C. Hawley 653 HIll Rd. Winnitka, IL 60093 the membership interests of which are owned by Oldlaw, is only authorized as trustee, plan administrator, and named fiduciary with respect to both the ESOP and the 401K plan. (Asset added per Amended Schedule B) | 0.00 | 0.00 | | 0.00 | FA |
| 6 | forklift | 1,500.00 | 257.10 | | 257.10 | FA |
| 7 | 13 work station desks | 1,300.00 | 234.00 | | 234.00 | FA |
| 8 | 16 rolling desk chairs | 320.00 | 57.60 | | 57.60 | FA |
| 9 | 25 break room tables | 500.00 | 85.00 | | 85.00 | FA |
| 10 | 38 stackable chairs | 380.00 | 68.40 | | 68.40 | FA |
| 11 | 7 Up machine | 400.00 | 72.00 | | 72.00 | FA |

Printed: 01/05/2017 01:14 PM    V.13.28

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 13-40884 GKL
**Case Name:** OLDLAW CORPORATION
**Period Ending:** 12/31/16

**Trustee:** (330610)   Dana S Frazier, Trustee
**Filed (f) or Converted (c):** 08/13/13 (f)
**§341(a) Meeting Date:** 09/27/13
**Claims Bar Date:** 01/25/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 12 | 8 metal shelves | 240.00 | 43.20 | | 43.20 | FA |
| 13 | conference table | 35.00 | 6.30 | | 6.30 | FA |
| 14 | ice machine | 50.00 | 9.00 | | 9.00 | FA |
| 15 | lockers | 40.00 | 7.20 | | 7.20 | FA |
| 16 | misc brak room supplies (coffee pots, etc.) | 40.00 | 7.20 | | 7.20 | FA |
| 17 | misc computer components | 50.00 | 9.00 | | 9.00 | FA |
| 18 | setee with two upholstered chairs<br>and 4 end tables | 250.00 | 45.00 | | 45.00 | FA |
| 19 | CNA Proceeds  (u)<br>(see Order on application to compromise controversy<br>entered 12/13/16) | 0.00 | 262,918.00 | | 0.00 | 262,918.00 |
| 19 | **Assets**    **Totals**  (Excluding unknown values) | **$2,215,032.30** | **$1,961,925.72** | | **$1,699,007.72** | **$262,918.00** |

**Major Activities Affecting Case Closing:**

12-31-16  Case reopened on October 26, 2016, and Trustee reappointed to administer additional assets.  Once funds received on asset #19 per order entered 12/13/16, Trustee will prepare final tax returns prior to TFR

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

| **Case Number:** | 13-40884 GKL | **Trustee:** (330610) | Dana S Frazier, Trustee |
|---|---|---|---|
| **Case Name:** | OLDLAW CORPORATION | **Filed (f) or Converted (c):** | 08/13/13 (f) |
| | | **§341(a) Meeting Date:** | 09/27/13 |
| **Period Ending:** | 12/31/16 | **Claims Bar Date:** | 01/25/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** June 1, 2014    **Current Projected Date Of Final Report (TFR):** December 30, 2017